**[6not08a]** [NOTICE OF REASSIGNMENT OF CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:10−bk−22721−KSJ
Chapter 7

Southern Landscaping Irrigation System, Inc
P.O. Box 1018
Groveland, FL 34736

_____Debtor(s)_____/

NOTICE OF REASSIGNMENT OF CASE

Notice is given that this case, which is a successive or multiple case within the meaning of Local Rule 1073−1(b)(3), and any adversary proceedings are reassigned to the Honorable Caryl E. Delano in the Tampa Division for all further proceedings. The main case number will be amended when the file is opened in the Tampa Division. In the future, all pleadings and other papers offered for filing must contain the revised case number or the paper will be stricken, incorrectly routed, or otherwise delayed for processing.

DATED on December 30, 2010

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801